Defendant's Address:

_____
Street Address

_____
Street Address

_____
City                              State

_____
Zip Code

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF(S) v. Carolyn Radakovich DEFENDANT(S). | CASE NUMBER 08-MJ-01294 ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES 18 USC §3006A(f) |

On __5/29/08__ defendant __Carolyn Radakovich__ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees. The Court hereby appoints __Larry Bakman (Panel)__ as counsel for the defendant subject to this order of contribution.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☐ A total sum of $_____
  ☐ due not later than_____
  ☐ due in monthly payments of $_____ beginning _____.

☒ Monthly payments of $ __500.00__ to commence on __6/9/08__ and to continue until final disposition of this case.

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 312 N. Spring Street, Room G-8, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant was advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

Date __5/29/08__

_____
United States District Judge / Magistrate Judge

cc: *Clerk's Office, Fiscal Section* ✓
    CJA ✓
    PSA ✓
    FPD

CR-26 (11/03)                ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES